UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MAJUANGY EVANS (#435417)

VERSUS

CHRIS CARRAWAY, ET AL

CIVIL ACTION

NO. 12-70-BAJ-SCR

## RULING AND
## ORDER OF DISMISSAL

The Court, having carefully considered the petition for writ of habeas corpus, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 2, 2012 (doc. 6), and plaintiff's objection thereto (doc. 7), hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that this action be, and is, hereby **DISMISSED** pursuant to 28 U.S.C. §1915(e) (2) (B) (ii).

Baton Rouge, Louisiana, March 30, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA